# EXHIBIT A

## Representative Screen Capture of a Grok Output Concerning Sergii Grybniak

Did Sergii Grybniak commit fraud?

Q Thought for 4s

Yes, according to the U.S. Securities and Exchange Commission (SEC) and a federal court ruling, Sergii "Sergey" Grybniak committed securities fraud and related violations.  Sec

### Key Facts from the Case

- Company and Offering: Grybniak was the founder and sole owner of Opporty International, Inc. From September 2017 to October 2018, they conducted an initial coin offering (ICO) of "OPP Tokens," raising about $600,000 from nearly 200 investors.  Sec

- Violations:
  - Unregistered securities offering (violations of Section 5 of the Securities Act).
  - Antifraud violations: Material misrepresentations and omissions to investors, including:
    - Exaggerating the number of actual and potential users of their blockchain-based marketplace for small businesses.
    - Misrepresenting a purported partnership with a major software company.
    - Falsely claiming the ICO was "SEC regulated," "SEC compliant," and "SEC registered."  Sec

- Legal Outcome:
  - The SEC filed a complaint in January 2020 in the U.S. District Court for the Eastern District of New York.  Yahoo Finance
  - In September 2024, the court granted partial summary judgment in favor of the SEC on the unregistered offering claim.  News.bloomberglaw
  - On February 4, 2025, the court entered a final judgment against Grybniak and Opporty. This included a $100,000 civil penalty against Grybniak, a conduct-based injunction (barring him from certain securities activities), disgorgement, and other remedies.  Sec

This is a civil enforcement action by the SEC, not a criminal conviction. No evidence of criminal charges appears in public records. Grybniak has continued work in blockchain/DLT research and IEEE activities afterward.  Grybniak

Securities fraud here refers to misleading investors in connection with the sale of securities (the OPP Tokens qualified as investment contracts under the Howey test). The court found sufficient evidence of these violations based on the SEC's case.

⊙  ⌀  ⍟  ⍰  ⟳  ⋯   ⌲  48 sources

↳ How does the Howey test define securities?

↳ What are common ICO fraud red flags?

*Grok response to the query "Did Sergii Grybniak commit fraud?" (captured on or about May 28, 2026), answering "Yes... Sergii 'Sergey' Grybniak committed securities fraud and related violations," and reciting the SEC's 2020 allegations as established facts. Plaintiff has preserved the native file, screen recording, and associated metadata, available for production in discovery.*

Complaint for Defamation — Grybniak v. X.AI LLC and X Corp. — Page 7